| | | | | | |
|---|---|---|---|---|---|
| 15-436 | Grasso v. Safe Haven | Denied | 12/1/15 | Orig. Juris. | 130/229 |
| 15-433 | Highridge Condominium Owner's Ass'n v. Chappo | Denied | 12/2/15 | Orig. Juris. | 130/229 |
| 15-236 | Chandler v. Concord Group Insurance | Reargument denied | 12/7/15 | Windham Civ. | 130/229 |
| 15-238 | In re Two Bad Cats LLC Conditional Use Permit | Reargument denied | 12/8/15 | Envtl. Div. | 130/229 |
| 15-388 | State v. Morales | Reargument denied | 12/8/15 | Chit. Crim. | 130/229 |
| 15-084 | In re Brown | Reargument denied | 12/14/15 | Windham Civ. | 130/229 |
| 15-411 | GMAC Mortgage LLC v. Kriauciunas-Beal | Denied | 12/16/15 | Orig. Juris. | 130/229 |
| 14-210 | State v. LaPlant | Affirmed | 12/18/15 | Frank. Crim. | 130/229 |
| 14-447 | State v. Nunn | Affirmed | 12/18/15 | Rut. Crim. | 130/229 |
| 15-120 | State v. Lebert | Affirmed | 12/18/15 | Benn. Crim. | 130/229 |
| 15-191 | Coughlin v. Mol | Affirmed | 12/18/15 | Wash. Fam. | 130/229 |
| 15-196 15-197 | State v. Durham | Affirmed | 12/18/15 | Benn. Crim. | 130/229 |
| 15-198 | Hartford Pizza, Inc. v. Galanis | Affirmed | 12/18/15 | Windsor Civ. | 130/229 |
| 15-210 | Falcon Management Co. v. LeClair | Affirmed | 12/18/15 | Chit. Civ. | 130/229 |
| 15-225 | Fisher v. Coolidge | Affirmed | 12/18/15 | Cal. Fam. | 130/229 |
| 15-242 | State v. Colucci | Affirmed | 12/18/15 | Cal. Crim. | 130/229 |
| 15-261 | Felis v. Felis | Affirmed | 12/18/15 | Lam. Fam. | 130/229 |
| 15-302 | In re K.L. | Affirmed | 12/18/15 | Chit. Fam. | 130/229 |
| 15-354 | In re H.M. | Affirmed | 12/18/15 | Add. Fam. | 130/229 |
| 14-380 | Johnston v. City of Rutland | Reargument denied | 12/22/15 | Rut. Civ. | 130/230 |
| 15-305 | Foster v. Pallito | Dismissed | 12/22/15 | Chit. Civ. | 130/230 |
| 15-433 | Highridge Condominium Owner's Ass'n v. Chappo | Reconsideration denied | 12/22/15 | Orig. Juris. | 130/230 |
| 15-445 | OCS/George v. Adams | Dismissed | 12/22/15 | Chit. Fam. | 130/230 |
| 15-449 | State v. Codding | Denied | 1/5/16 | Orig. Juris. | 132/728 |
| 15-455 | State v. Francis | Dismissed | 1/5/16 | Chit. Crim. | 132/728 |
| 15-078 | In re Rheaume | Affirmed | 1/7/16 | Frank. Civ. | 132/728 |